# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

10-7234

PAUL ANTHONY COHEN
1287 County Welfare Rd
Leesport PA 19507

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

George Wagner
Berks Cty Commissioners
Berks Cty Prison
1287 County Welfare Rd
Leesport Pa 19533
SHIRLEY SMEDL · Secretary of Prisons

## COMPLAINT

under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☐ Yes   ☐ No
(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

## I.   Parties in this complaint:

A.   List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name  Paul Anthony Cohen
            ID #  0001 1938
            Current Institution  BERKS COUNTY JAIL
            Address  1287 County Welfare Rd Leesport Pa 19533

Rev. 10/2009

B.  List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

**Defendant No. 1**
Name: George Wagner  Shield #:
Where Currently Employed: Berks County Jail
Address: 1287 County Welfare Rd Leesport PA. 19533

**Defendant No. 2**
Name: Berks County Comm.  Shield #:
Where Currently Employed: Berks County PA
Address: 633 Court St Reading PA 19601

**Defendant No. 3**
Name: Berks County Prison  Shield #:
Where Currently Employed: Same"
Address: 1287 County Welfare rd. Leesport Pa 19533

**Defendant No. 4**
Name: Shirley Smedl  Shield #:
Where Currently Employed: Secretary of Prisons
Address: 2520 Lisburn Rd. Po Box 598 Camp Hill, PA. 17001-0598

**Defendant No. 5**
Name: Correctional officer Dey  Shield #:
Where Currently Employed: Berks County Jail System
Address: 1287 County Welfare Rd Leesport PA 19533

## II. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.  In what institution did the events giving rise to your claim(s) occur? Berks County Jail

B.  Where in the institution did the events giving rise to your claim(s) occur? G Block Cell 218

C.  What date and approximate time did the events giving rise to your claim(s) occur? 9-21-2010 7 pm

Assault

**What happened to you?**

**Who did what?**

**Was anyone else involved?**

**Who else saw what happened?**

D. Facts: I was looking out of the hole in my door, inmate Nelson threw hot water in my face, from 216 to the right of my cell. Causing burns on my face. I immediately called the officer. I was taken to Medical, I was treated for burns and released. At the time I didn't know it was inmate Nelson. However he admitted it saying, "IT was just a joke," I Told the officer it was inmate "him" Nelson. Thusly my 8th Amendment Rights were clearly violated.

## III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Burns on my face I was given some ice and some creme for my face.

## IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that " [n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

Additional Information:

I came to protective custody to be safe & secure from assault. Several months prior I went to the ICC meeting and reported inmate Nelson had beaten inmate Benno. I also told officer Dew repeatedly about inmate Nelson's constant harrasment of me. The officers allowed inmate Nelson to stay in the cell - (216 G). This substantiates the direct indifference factor. Several other officers witnessed this harrassment. Immediately after the assault inmate Nelson was allowed to continue to dwell in 216. I wrote a grievance identifying inmate Nelson as the person who assaulted me. I never received a respons as of NOVEMBER 10, 2010. I also identified inmate Nelson as the one who assaulted me to the officer on duty immediately after the assault. No action was taken against inmate Nelson for the assault.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes  X  No  ___

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). Berks County Jail

B.  Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes  X  No  ___ Do Not Know  ___

C.  Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes  ___ No  ___ Do Not Know  X

If YES, which claim(s)? ___

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes  X  No  ___

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes  ___ No  ___

E.  If you did file a grievance, about the events described in this complaint, where did you file the grievance?
I sent a grievance in

1.  Which claim(s) in this complaint did you grieve? The fact inmate Nelson was not disciplined, a/o windows in doors.
2.  What was the result, if any? NONE, The grievance dissappeared. I never received a response
3.  What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. Counselor Nate Told me The grievance is the highest level

Issaul

F.  If you did not file a grievance:

   1. If there are any reasons why you did not file a grievance, state them here: _____
      _____ X X X _____
      _____
      _____
      _____

   2. If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any: _____
      _____ X X X _____
      _____
      _____
      _____

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____ X X X _____
   _____
   _____
   _____
   _____

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V.  Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). Punitive damages $10,000.00 each dependant for burns received, the potential for disaster, and the refusal to remedy the situation by putting windows in the doors like every other block in the prison. Compensatory damages 5,000.00 each dependant. I wrote previously about the problems with No windows

Nor am I the first inmate to have problems of this nature
The Eigth Amendment guarantees I have the right to be free from violent assaults from other inmates. I would like to be immediately paroled. A permanent injunction against Berks Cty Jail. I fear for my personal safety. I am currently 5 months past my parole date. Had I been paroled on time this would never have happend. I want an admission my rights were violated.

Additional relief attached.

VI. **Previous lawsuits:**

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

   On these claims

   Yes _____ No __X__

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

   1. Parties to the previous lawsuit:

   Plaintiff _____

   Defendants _____

   2. Court (if federal court, name the district; if state court, name the county) _____

   3. Docket or Index number _____

   4. Name of Judge assigned to your case _____

   5. Approximate date of filing lawsuit _____

   6. Is the case still pending?  Yes _____ No _____

      If NO, give the approximate date of disposition _____

Rev. 10/2009                                    - 6 -

assault

relief

damages

Punitive damages in the amount of 10,000.00 against each defendant. Officials failed to protect plaintiff by refusing to put windows in the doors. The risk of serious harm is dire. I also complained many times about the inmate harrassing me. There is a continuing threat of future attacks of this nature

compensatory damages in the amount of 5,000.00 For pain and suffering. (Defendants), Inmate Nelson had evil intent and attempted to harm me in a most serious manner.

nominal damages in the amount of

An admission that my civil rights were violated.
All costs incurred by plaintiff in this matter.
A jury trial on all issues trial by jury.
Any relief this court deems just, proper, and equitable.

Dated: 12-19-2010

Respectfully Submitted,

Paul A Cohen
1287 County Welfare Rd
Leesport Pa 19533

*Paul Coh*
Plaintiff

Damages Continued.

Nominal Damages for violating my right to be Safe & Secure from inmate assaults.

A Jury trial on all issues triable by Jury.

Plaintiffs costs in suit, including filing fees.

Any additional relief this court deems just, proper, and equitable.

Dated 12·7·2010

Respectfully Submitted.

Assault

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

_____

_____

<div style="float:left">On other claims</div>

C. Have you filed other lawsuits in state or federal court?

Yes _X_ No ___.

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff __PAUL A Cohen__

Defendants __John Rosh, New Person Center__

2. Court (if federal court, name the district; if state court, name the county) __Berks__

3. Docket or Index number __10 - 18856__

4. Name of Judge assigned to your case __Jeffrey Sprecher__

5. Approximate date of filing lawsuit __OCT 4 2010; 2010__

6. Is the case still pending? Yes _X_ No ___

If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

_____

_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __18__ day of __November__, 20__10__.

Signature of Plaintiff __Paul A Ch__

Inmate Number __2001 1958__

Institution Address __Berks County Jail System · 1287 County Welfare Rd Leesport PA. 19533__

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this __7__ day of __Dec__, 20_10_, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _Paul Ceh_

Damages Continued.

Nominal Damages for violating my right to be Safe & Secure from inmate assaults.

A Jury trial on all issues triable by Jury.

Plaintiffs costs in suit, including filing fees.

Any additional relief this court deems just, proper, and equitable.

Dated 12·6·2010

Respectfully Submitted.

All defendants are sued jointly and severly

Damages Continued.

Nominal Damages for violating my right to be Safe & Secure from inmate assaults.

A Jury trial on all issues triable by Jury.

Plaintiffs costs in suit, including filing fees.

Any additional relief this court deems just, proper, and equitable.

Dated 12·6·2010

Respectfully Submitted.

line to see the Doctor. There is a distinct law against this exact thing. "Direct indifference due to changing or ignoring a doctors previously prescribed medication or treatment. I don't need all of the headaches that entitles. Please check my records I have severe degenerative Disc Disease. The doctor told me she and I have the same thing right down to the #'s To be fused together through Surgery. I had an ultrasound done here. I suggest you check his report also. He said my muscles are in severe Spasm. So did the doctors upstate. as far as I know Robaxin is not habit forming- non narcotic. My EKG is normal, blood levels are good, livers fine, B.P & Pulse are good. I said something Jesse didn't like (I guess) I wasn't serious, He just took it that way. my meds were basically the same for about a year until that. Please Put me back on 1000 mg Robaxin.

Paul

8

# BERKS COUNTY PRISON — INMATE COMMUNICATION FORM

FROM: Paul Cohen   BCP# 2001938   DATE: 11-19-2010
HOUSING ASSIGNMENT: 6 218   WORK ASSIGNMENT: N

TO: (CHOOSE ONE ONLY)
- [ ] WARDEN
- [ ] ASS'T WARDEN
- [ ] DEPUTY WARDEN
- [ ] CHAPLAIN
- [ ] KITCHEN SUPERVISOR
- [ ] COMMISSARY
- [ ] DIRECTOR OF TREATMENT (Classification, Assignments, Programs)
- [ ] DIRECTOR OF RECORDS (Criminal Case Records, Inmate Accounts)
- [x] SHIFT COMMANDER/LT. Castro

NOV 22 '10 AM 9:15

COMMUNICATION (Write legibly... Forms which are unclear or contain demeaning language, threats, or profanity will not be addressed). ONE...

I wrote a grievance when inmate Nelson threw hot water in my face and was not disciplined. Did a response ever get sent to me. I didn't receive one. This was on 9-22 or 23 or 24 somewhere in there.

NOTE: Writing in "response section will result in form being filed unanswered

Inmate Signature: [signed]

RESPONSE   DATE 11/22/10   STAFF MEMBER Lt Castro

A response was sent to you. I will forward this to treatment so that they may provide you with a copy.

CC: Txt

209-REC-8 (Rev. 4/92)   Original-Treatment File   Canary-Return to inmate with response

Clerk

# BERKS COUNTY PRISON
## INMATE GRIEVANCE FORM

SEP 17 '10 AM 10:14

**Inmate Name** Paul Cohen  9-17-2010  BCP# 20011938  Cell 6218

Instructions: Refer to the inmate handbook for information on the inmate grievance system.

### Constituent Services Officer Use Only

☐ Does not fit criteria for an emergency/sensitive grievance   ☐ Form is incomplete   ☐ Resubmit on proper form

☐ Lacks details   ☐ Must be completed in English

**Statement:** Detail the act or condition which caused this grievance. (Be specific; list all dates, times, locations and witnesses.)

6-15-2010. Last week I was locked in because an inmate locked my cell before I got to it. Offc Dew did it. ?? Tonight came out of his cell talking to me. I told him leave me alone. Off dew took my rec. I litterally only said leave me alone, I tried to tell offc dew this. He angrily said "I would be joining my old cellmate Gaydos. I am singled out by this offc. He is angry all the time. Last week he screamed in my face about locking our cell doors. He did this in full view of the entire block.

**Received by Constituent Services Officer** ___ Signature ___ Date ___

**Referred by Constituent Services Officer to** ___ Name ___ Dept. ___ Date ___

**Grievance Response:** You claim that this officer singles you out, but you have only ever received one writ action from him. You received the writ action for talking when you shouldn't have been. That is not a grievable issue.

**Grievance Answered By:** Lt. Casto   **Date** 9/20/10

### Constituent Services Officer Use Only

Grievance # ___   Date Posted ___

Original: Treatment File   Canary: Return to inmate with response   FORM# REC120   Publisher/L/Public/Forms/Inmate Grievance Form