IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


PAUL COHEN                          :        CIVIL ACTION
                                    :
        v.                          :
                                    :
GEORGE WAGNER                       :        NO. 10-7234


### MEMORANDUM AND ORDER

The above captioned matter was consolidated with Case No. 10-7235 on May 20, 2011 (Docket No. 25) and Case No. 10-7235 was Closed.

Plaintiff filed a Notice of Appeal on August 17, 2011 (Docket No. 45).

Plaintiff's appeal was Dismissed on October 28, 2011 and the Order of the USCA was mistakenly filed in Case No. 10-7235 (Docket No. 50).

AND NOW, this 30th day of November, 2011, it is Ordered that the Clerk file the Order of October 28, 2011 in Case No. 10-7235 (Docket No. 50) in the above captioned matter.

IT IS FURTHER ORDERED THAT:

1. All Discovery shall be completed on or before February 29, 2012.

2. Dispositive Motions shall be filed on or before March 9, 2012.

3. This case will be placed in the Trial Pool on April 2, 2012.

BY THE COURT:

RONALD L. BUCKWALTER, J.