IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAUL ANTHONY COHEN, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 10-7234 |
| | : | |
| GEORGE WAGNER, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 1st day of *May*, 2012, upon consideration of the Motion for Summary Judgment filed by Defendants George Wagner and Correction Officer Dew (Docket No. 55), Plaintiff Paul Anthony Cohen's Response in Opposition (Docket No. 58), Defendants' Reply Brief (Docket No. 61), and Plaintiff's Sur Reply (Docket Nos. 63-67), it is hereby **ORDERED** that Defendants' Motion is **GRANTED** and **JUDGMENT IS ENTERED** in favor of Defendants George Wagner and Correction Officer Dew.

This case is **CLOSED**.

BY THE COURT:


*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.